

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00675-CV

In the **INTEREST OF N.M.R.** and A.P.R.N., Children

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA02765
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's Order of Termination terminating the parental rights of M.R. is AFFIRMED.

We order no costs assessed because appellant, M.R., is indigent.

SIGNED February 13, 2019.

Luz Elena D. Chapa, Justice